IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 26-cv-01176-PAB

CESAR QUEZADA PACHECO,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Acting Warden, Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, and
MARKWAYNE MULLIN,[1] in his official capacity as Secretary, U.S. Department of Homeland Security,

     Respondents.

---

**ORDER**

---

On June 2, 2026, petitioner filed a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e).  Docket No. 16.  However, "Rule 59(e) applies to motions made *after* a final judgment."  *Ralston v. Cannon*, 2021 WL 3478634, at *3 (10th Cir. Aug. 9, 2021).  The Court did not enter final judgment in order to give petitioner an opportunity to bring a claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  Accordingly, there is no basis for a Rule 59(e) motion.

     Therefore, it is

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin is automatically substituted as a party in this action.

2

**ORDERED** that Petitioner's Opposed Motion to Alter or Amend Judgment (ECF No. 15) [Docket No. 16] is **DENIED**.

DATED June 30, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge