IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01176-PAB

CESAR QUEZADA PACHECO,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Acting Warden, Aurora ICE Processing Center, et al.,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

On March 23, 2026, petitioner filed a petition for writ of habeas corpus. Docket No. 1. On May 5, 2026, the Court granted the petition in part and denied the petition in part, finding that petitioner was not entitled to release. Docket No. 15. In the May 5, 2026 order, the Court noted that petitioner may file another habeas petition seeking relief under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). *Id.* at 8-9. On June 2, 2026, petitioner filed a motion to alter or amend the judgment. Docket No. 16. On June 30, 2026, the Court denied the motion on the basis that Rule 59(e) applies to motions made after a final judgment. Docket No. 22. The Court noted that it did not enter final judgment in this case in order to give petitioner an opportunity to bring a claim under *Zadvydas*. *Id.* at 1. Petitioner has not filed an amended habeas petition bringing a claim under *Zadvydas*. In the event petitioner does not file an amended petition on or before **October 16, 2026**, the Court will close this case.

DATED September 30, 2026.